```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| NELSON FIGUEROA, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>THE MARGE GROUP, LLC,<br><br>**Defendant.** | **CIVIL NO.** 18-1613(RAM) |

**JUDGMENT**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice (Docket 13), judgment is entered **DISMISSING this case without prejudice**. Costs and attorneys' fees shall be borne by the party that incurred them.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of July 2019.

```
                           s/Raul M. Arias-Marxuach____
                           RAUL M. ARIAS-MARXUACH
                           UNITED STATES DISTRICT JUDGE
```